UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL MAGRUDER,

        Plaintiff,

vs.                                      Case No.  3:12-cv-528-J-25MCR

ISANYA OIL INC, et-al,

        Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Strike Defendants' Answer (Doc. 7) filed June 8, 2012.

On June 5, 2012, Defendants Isanya Oil Inc., Harish Bhakta, and Shobhna Bhakta filed an Answer (Doc. 8) and on June 12, 2012, Defendants filed an Amended Answer (Doc. 9).  Both documents fail to comply with the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida for the following reasons:

**Signature Requirement:**

All pleadings, motions, brief, applications and other papers tendered by counsel for filing shall be dated and signed personally by counsel as required by Rule 11, Federal Rules Civil Procedure [Local Rule 1.05(d)]

**Certificate of Service:**

All papers after the complaint require a certificate of service. [Rule 5, Fed.R.Civ.Proc.]

Therefore, the documents are ordered stricken and individual Defendants Harish Bhakta and Shobhna Bhakta shall be given until **Wednesday, June 27, 2012** to file and serve a Second Amended Answer in compliance with both the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida.

As Defendant Isanya Oil Inc. is a corporation, it will be required to secure counsel.  While a defendant has a statutory right to represent himself in all courts of the United States, 28 U.S.C. §1654, the Eleventh Circuit has stated that "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).  Additionally, Local Rule 2.03(e) states that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court ... ."  Defendant Isanya Oil, Inc. will be given until **Wednesday, June 27, 2012** to hire counsel and file a notice of appearance.[1]

Accordingly, after due consideration, it is

**ORDERED:**

1.	Plaintiff's Motion to Strike Defendants' Answer (Doc. 7) is **GRANTED.** Defendants' Answer (Doc. 8) and Amended Answer (Doc. 9) shall be **STRICKEN** and the Clerk is directed to return the documents to the submitting party with a copy of this Order.  Additionally, any responses required to be filed will not be required and will also be stricken and returned.

---

[1] Failure to do so may result in sanctions, including the entry of a default or default judgment.  See Obermaier v. Driscoll, 2000 WL 33175446 (M.D. Fla 2000).

2. Individual Defendants Harish Bhakta and Shobhna Bhakta shall file and serve a Second Amended Answer no later than **Wednesday, June 27, 2012**. Defendant Isanya Oil, Inc. shall hire counsel and file a notice of appearance no later than **Wednesday, June 27, 2012**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  13th  day of June, 2012.

Copies to:

Counsel of Record
Any Unrepresented Party

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE